IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THERESA BUFFINGTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 1:11-cv-00229-MBC |
| PEC MANAGEMENT II, LLP, d/b/a BURGER KING, | ) ) ) ) |
| Defendant. | ) ) |

## MEMORANDUM ORDER

Presently pending before the Court is Plaintiff's Motion for Change of Venue (Doc. 3), in which she requests that this action be transferred from the Erie Division of the Western District of Pennsylvania, where it is currently assigned, to the Pittsburgh Division of the Western District of Pennsylvania. Defendant objects to the request and has filed a response.

We will deny the motion. We find that the Clerk of Court correctly placed this action in the Erie division on the grounds that the defendant resides in Erie County. The assignment is mandated by LCvR 3.

AND NOW, to-wit, this __15th__ day of December, 2011, it is hereby ORDERED, ADJUDGED and DECREED THAT the Plaintiff's Motion for Change of Venue (Doc. 3) is DENIED.

_Maurice B. Cohill, Jr._
Maurice B. Cohill, Jr.
Senior United States District Court Judge

cc: record counsel