**THERESA BUFFINGTON**
v.
**PEC MANAGEMENT II, LLC**

**CIVIL ACTION NO. 11-229 ERIE**

## Verdict Form

1. Did Defendant, PEC Management II, LLP d/b/a Burger King, discriminate against Plaintiff, Theresa Buffington, by terminating her because of her association with a person with a disability?

    __✓__ YES      _____ NO

If **yes**, proceed to questions 2 and 3. If **no**, sign the verdict form and advise the Clerk that you have reached a verdict.

2. Do you find that the Plaintiff is entitled to front pay damages? If so, how much

    $ __115,000__

3. Do you find that the Plaintiff is entitled to compensatory damages? If so, how much?

    $ __70,000__

Once you have completed this verdict slip, please sign the form and advise the Clerk you have reached a verdict.

SO SAID BY ALL.

Dated: __10/18/2013__

Signed by all Jurors:

*[Signatures of jurors]*

JURY FOREPERSON