IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THERESA BUFFINGTON,** | ) | Civil Action No. 11-229 Erie |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judge Maurice B. Cohill |
| v. | ) | |
| | ) | |
| **PEC MANAGEMENT II, LLP,** | ) | |
| **d/b/a BURGER KING,** | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION AS TO BACK PAY

The parties hereby stipulate that the amount of back pay incurred by Plaintiff in the above captioned matter is $43,156.06.

Respectfully Submitted,

s/ David B. Spear
David B. Spear
Pa. ID No. 62133
Goldman Schafer & Spear P.C.

s/ Matthew W. McCullough
Matthew W. McCullough
Pa. ID No. 46950
MacDonald, Illig, Jones & Britton LLP

### ORDER OF COURT

The above Stipulation is so approved.

October 28, 2013   _Maurice B. Cohill, Jr._
                   Judge Maurice B. Cohill